## RAMON GARCIA Y COBIAN, Complainant,
### *v.*
## JOSE NEVAREZ Y LANDRON ET AL., Defendants.

---

DEMURRER IN EQUITY.

In equity a demurrer not accompanied by the affidavit of the party that it is not interposed for delay, or the certificate of the solicitor that it is well founded in law, is fatally defective, and may be disregarded, and a decree *pro confesso* entered.

December 15, 1902.

---

*Mr. T. D. Mott, Jr.,* solicitor for complainant.

*Mr. R. Guillermety,* solicitor for defendants.

HOLT, Judge, delivered the following opinion:

This bill was filed October 4th, 1902. Appearance was entered on the proper rule day, to wit, November 3d, 1902. On December 1st following, a writing was filed by the defendant, José Nevarez y Landron, called a demurrer; but there was no affidavit filed of the client that it was not interposed for delay, or any certificate by the solicitor that it was well founded in law. A demurrer without such affidavit and certificate is fatally defective. It may be disregarded, and a decree *pro confesso* entered.

On December 2d, 1902, an order *pro confesso* as to the bill

Garcia y Cobian v. Nevarez y Landron.

was entered. A motion, supported by grounds, to set aside the *pro confesso* order, was filed herein on December 8th, 1902; and notice having been given, it is, on this December 15th, 1902, heard. A certificate to the demurrer in due form by the solicitor is now presented, also a proper affidavit of the client. There is no decree in the case, and the failure to file such certificate and affidavit with the demurrer appears to have resulted from an oversight of the solicitor. The motion to set aside the order *pro confesso* is sustained and the same set aside. The affidavit and certificate are ordered to be filed and the cause to proceed in due form.